Ronald Grine
SBI # 278878
JTVCC, 1181 Paddock Rd.
Smyrna, DE 19977

July 2, 2018

FILED
JUL 05 2018
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Office of the Clerk
United States District Court
844 N. King Street, Unit 18
Wilmington, DE 19801

RE: Grine v. James T. Vaughn Correctional Center Administration; Case Number 1:18-CV-00906-GMS.

Clerk of Court —

Today, I received a notice of electronic filing of an action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee. I did not file anything pursuant to 42 U.S.C. § 1983. All that I did was send a personal letter to Judge Sleet to notify him that JTVCC prison officials are in violation of his order of September 1, 2016 (Clase v. Coupe). It stated this specifically in the first paragraph of my letter. I in no words expressed my desire to initiate a claim myself.

THEREFORE, I HUMBLY REQUEST THAT YOU CANCEL, DISMISS, RETRACT; THE ABOVE CAPTIONED CASE IMMEDIATELY. I DIDNT EVEN NEED A RESPONSE TO THE LETTER THAT YOU MISCONSTRUED TO BE A §1983 CLAIM. AGAIN, IT WAS JUST A LETTER, AND I DO NOT WISH TO FILE A CLAIM OR ANYTHING AT THIS TIME. PLEASE ACKNOWLEDGE RECEIPT OF THIS LETTER.

THANK YOU,

RONALD GRING

## Utility Events
1:18-cv-00906-UNA Grine v.
James T. Vaughn Correctional
Center Administration

PRO-SE

### U.S. District Court

### District of Delaware

### Notice of Electronic Filing

The following transaction was entered on 6/27/2018 at 3:12 PM EDT and filed on 6/27/2018
**Case Name:** Grine v. James T. Vaughn Correctional Center Administration
**Case Number:** 1:18-cv-00906-GMS
**Filer:**
**Document Number:** No document attached

Docket Text:
**Case Assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb)**


**1:18-cv-00906-GMS Notice has been electronically mailed to:**

**1:18-cv-00906-GMS Filer will deliver document by other means to:**

Ronald B. Grine
SBI# 278878
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD B. GRINE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 18-906-GMS |
| ) | |
| JAMES T. VAUGHN CORRECTIONAL ) | |
| CENTER ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

1. The plaintiff, Ronald B. Grine, SBI #278878, a pro se litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee or a request to proceed in forma pauperis.

2. Pursuant to 28 U.S.C. § 1915(b), the plaintiff shall be assessed the filing fee of $350.00.

3. Pursuant to the requirements of 28 U.S.C. § 1915(a)(1) and (2), and in order to determine the schedule of payment of the filing fee, the plaintiff shall submit to the Clerk of Court, a request to proceed in forma pauperis and a certified copy of his prison trust fund account statement (memorandum or institutional equivalent, with attachments) **showing all deposits, expenditures and balances** during the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official at each institution at which the plaintiff is confined. **FAILURE OF THE PLAINTIFF TO RETURN THE REQUESTED INFORMATION WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION**

**WITHOUT PREJUDICE.**

4. Unless the Court determines from the plaintiff's financial information that he has no assets whatsoever, an initial partial filing fee of 20 percent (20%) of the greater of the plaintiff's average monthly deposit or average monthly balance in the trust fund account shall be required to paid before the court reviews the complaint. **NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

5. Pursuant to 28 U.S.C. § 1915(g), if the plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, then the Court shall deny the plaintiff leave to proceed in forma pauperis in all future suits filed without prepayment of the filing fee, unless the Court determines that the plaintiff is under imminent danger of serious physical injury.

DATED: June 28, 2018            UNITED STATES DISTRICT JUDGE

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| Ronald B. Grine | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 18-906-GMS |
| James T. Vaughn Correctional Center Administration | ) |
| *Defendant* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:


My gross pay or wages are: $ _____ , and my take-home pay or wages are: $ _____ per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

    4. Amount of money that I have in cash or in a checking or savings account: $ _____ .

    5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

    6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

    7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

    8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

    *Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____          _____

                                                                                                          *Applicant's signature*

                                                                                 _____

                                                                                                            *Printed name*

Jim Ronald Grine
SBI# 278878  UNIT 19A
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

FILED
JUL 05 2018
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, UNIT 18
WILMINGTON, DE
19801